Under this authority appellant had the right to the full use of the public road in question in the performance of any act or thing pertaining to the legitimate use and enjoyment of his premises, and when so using it did not violate the law in having with him a pistol on the public road, not for an unlawful purpose.

The case of Parker v. State, 76 Tex.Cr. R. 260, 174 S.W. 343, appears to support this conclusion.

Appellant having been found on a public road carrying a pistol, the burden was upon him to show that he was not carrying it unlawfully.

His testimony raised the issue that he entered the public road only for the purpose of traveling the part adjacent to his pasture from one part of his premises to another for legitimate purposes incident to the operation of his ranch. This defense was not submitted to the jury.

The judgment is reversed and the cause is remanded.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed. No motion for rehearing will be entertained.